IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARK LAWRENCE WILSON,<br><br>Defendant. | CR 13–50–M–DLC<br><br>ORDER |

**FILED**
NOV 27 2013
Clerk, U.S District Court
District Of Montana
Missoula

United States Magistrate Judge Jeremiah C. Lynch entered Findings and Recommendation in this matter on November 7, 2013. Neither party objected and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

1

Judge Lynch recommended this Court accept Mark Lawrence Wilson's guilty plea after Wilson appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered his plea of guilty to one count of being an unlawful drug user in possession of firearms and ammunition in violation of 18 U.S.C. § 922(g)(3), as set forth in the Information. Defendant further agrees to forfeiture allegation in the Information.

I find no clear error in Judge Lynch's Findings and Recommendation (Doc. 34), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

DATED this 27th day of November, 2013.

Dana L. Christensen, Chief Judge
United States District Court